UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICKI DEAN,

        Plaintiff,

-vs-                                  Case No. 6:06-cv-522-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on Motion to Dismiss Complaint (Doc. No. 7) filed August 11, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 25, 2006 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The motion to dismiss is **DENIED**,

3. The Commissioner shall respond to the Complaint within sixty (60) days from the date of this Order.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida this _27_ day of September, 2006.

                                                  JOHN ANTOON II
                                                United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party