UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICKI DEAN,

                Plaintiff,

-vs-                                                Case No. 6:06-cv-522-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____

## ORDER

This case is before the Court on Plaintiff's appeal of the Commissioner's denial of her application (on behalf of her minor son) for Supplemental Security Income based on disability (Doc. No. 1) filed April 18, 2006. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. No. 22) filed July 2, 2007, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 15, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The decision of the Commissioner is **AFFIRMED.**

    3.    The Clerk is directed to enter judgment in favor of the Commissioner of Social Security and thereafter to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_22\_\_ day of July, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party